UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

    Plaintiff,

  v.

E DOERING, et al.,

    Defendants.

Case No. 18-cv-07507-JD

**ORDER OF SERVICE**

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. The Court ordered service on three defendants, but service could not be executed because the prison needed more information to identify the defendants. The Court has determined that it is possible that the correct identities of the defendants are: Nurse Practitioner Elizabeth A. Doehring, Dr. Rosana Lim-Javate and Dr. Zaid Noman.

The Clerk of the Court is asked to issue a summons for the United States Marshal to serve, without prepayment of fees, copies of the complaint (Docket No. 1) with attachments and copies of this order and the order of service (Docket No. 10) on the following defendants at Salinas Valley State Prison: Nurse Practitioner Elizabeth A. Doehring, Dr. Rosana Lim-Javate and Dr. Zaid Noman. The instructions from the order of service remain in effect.

If plaintiff believes the Court has misidentified the defendants, he should provide more information about their identities to the Court within fourteen days.

**IT IS SO ORDERED.**

Dated: July 9, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>        Plaintiff,<br><br>v.<br><br>E DOERING, et al.,<br><br>        Defendants. | Case No. 18-cv-07507-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Guy ID: C-53829
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: July 9, 2019

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO