XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
ROHIT KODICAL
Deputy Attorney General
State Bar No. 215497
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-0282
Facsimile: (510) 622-2270
E-mail: Rohit.Kodical@doj.ca.gov
Attorneys for Defendants E. Doehring, Dr. Noman and Dr. Javate-Lim

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>Plaintiff,<br><br>v.<br><br>E. DOEHRING, et al.<br><br>Defendants. | Case No. 18-cv-07507-JD<br><br>**DEFENDANTS' MOTION TO EXTEND TIME; DECLARATION OF COUNSEL; [Proposed] ORDER**<br><br>**[Civil L.R. 6-1, 6-3]**<br><br>Judge:       Hon. James Donato<br>Trial Date:   Not Set<br>Action Filed:  December 13, 2018 |

## NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME

TO PLAINTIFF IN PRO SE:

Pursuant to Civil L.R. 6-1 and 6-3, Defendants hereby move to extend the time previously set by the Court to file and serve their motion for summary judgment on behalf of defendants E. Doehring, Dr. Noman and Dr. Javate-Lim.

On December 13, 2018, Plaintiff William Guy filed his Complaint alleging deliberate indifference to his serious medical needs based on Defendants' alleged actions and inaction in relation to Plaintiff's various medical conditions, including Hepatitis C.  (Doc. No. 1.)

On March 5, 2019, this Court issued an Order of Service, but service could not be executed on the three defendants due to lack of information.  On July 9, 2019, the Court issued a second

1

Order of Service correctly identifying the parties and confirming that Defendants were ordered to file a dispositive motion by September 9, 2019.  On Defendants' motion, the Court extended the deadline to January 17, 2020.  (Doc. Nos. 10, 15, 20.).

As set forth in the attached declaration, Defendants' counsel has not had an adequate opportunity to fully review the 1,800+ pages of medical records received from Plaintiff's institution.   Review of the records is necessary to prepare summary judgment declarations and pleadings.  Furthermore, counsel will be prevented from completing his records review in January 2020 due to several other deadlines and preparation for a jury trial that begins on February 3, 2020.  Thus, Defendants are unable to meet the MSJ filing deadline of January 17, 2020.

Defendants respectfully request that this Court provide Defendants a second extension of time to file their motion for summary judgment such that the motion must be filed no later than Friday, March 20, 2020.  There is no trial date and there are no hearings on the Court's calendar.

PLEASE TAKE FURTHER NOTICE that Local Rule 6-3(b) provides, "Unless otherwise ordered, a party who opposes a motion to enlarge or shorten time must file an opposition not to exceed 5 pages, accompanied by a declaration setting forth the basis for opposition, no later than 4 days after receiving the motion."  If the opposition is manually filed, "[t]he objecting party must deliver a copy of its opposition to all parties on the day the opposition is filed."

///

///

///

2

The motion to extend time is based on this notice of motion and motion, the declaration of counsel for defendant, and the pleadings and papers filed in this matter.  This motion, the declaration of counsel, and the proposed order granting the motion will be served by mail to plaintiff at Salinas Valley State Prison on the day that they are filed with the Court.

Dated:  January 2, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

/s/ Rohit Kodical

ROHIT KODICAL
Deputy Attorney General
*Attorneys for Defendants*

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **William Guy v. E. Doehring, et al.**

Case No.:    **3:18-cv-07507-JD in the United States District Court,
Northern District of California, San Francisco Division**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550.

On January 3, 2020, I served the following document(s):

- **Defendants' Motion to Extend Time;
  Declaration of Counsel; [Proposed] Order
  [Civil L.R. 6-1, 6-3]**

by placing true copy(ies) thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

- William Guy
  CDCR No. C-53829
  Salinas Valley State Prison
  P. O. Box 1050
  Soledad, CA 93960-1050

  *Plaintiff in Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 3, 2020, at Oakland, California.

| | |
|---|---|
| _____David B. Moss_____ | _____/s/ David B. Moss_____ |
| Declarant | Signature |