XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
ROHIT KODICAL
Deputy Attorney General
State Bar No. 215497
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone: (510) 879-0282
  Facsimile: (510) 622-2270
E-mail: Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants E. Doehring, Dr. Noman and Dr. Javate-Lim*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>                                    Plaintiff,<br><br>               v.<br><br>E. DOEHRING, et al.<br><br>                                    Defendants. | Case No. 18-cv-07507-JD<br><br>**DECLARATION OF ROHIT KODICAL IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME**<br><br>**[Civil L.R. 6-1, 6-3]**<br><br>Judge:          Hon. James Donato<br>Trial Date:    Not Set<br>Action Filed:  December 13, 2018 |

I, ROHIT KODICAL, declare:

1.     I am a Deputy Attorney General for the State of California and the attorney of record for the named defendants in this action. I have personal knowledge of the matters set forth in this declaration and could competently testify thereto if called as a witness, with the exception of matters set forth on information and belief, and as to those matters I believe them to be true.

2.     On December 13, 2018, Plaintiff William Guy filed his Complaint alleging deliberate indifference to his serious medical needs based on Defendants' alleged actions and inaction in relation to Plaintiff's various medical conditions, including Hepatitis C.  (Doc. No. 1.)

3.     On March 5, 2019, this Court issued an Order of Service, but service could not be executed on the three defendants due to lack of information.  On July 9, 2019, the Court issued a

1

second Order of Service correctly identifying the parties and confirming that the Defendants were ordered to file a dispositive motion by September 9, 2019. (Doc. Nos. 10, 15.)  On October 16, 2019, the Court granted Defendants an extension of time that reset their motion for summary judgment deadline to January 17, 2020. (Doc. No. 20.)

4.   The named defendants received service of the Complaint on or around August 20, 2019 and requested representation from my office on August 28, 2019.  I was assigned this matter on September 4, 2019.  On September 17, 2019, I filed an Answer on behalf of the three defendants (Doc. No. 18.)  I subpoenaed the medical records on September 19, 2019.  On or around October 4, 2019, I received Plaintiff's medical records (1,834 pages).  Due to depositions and deadlines in other matters; and my personal schedule, I have been unable to complete my review of the medical records.  I have additional deadlines in January 2020, and will be preparing for a trial that begins on February 3, 2020 in San Francisco Superior Court.

5.   My review of Plaintiff's allegations leads me to believe that this matter is amenable to resolution by motion for summary judgment on behalf of the defendants.  However, due to the time constraints described above, I have not had an opportunity to complete my review Plaintiff's medical records, mental health records and administrative appeals.  Nor have I been able to speak with each of the defendants, which is necessary to prepare the required declarations and pleadings in support of a motion for summary judgment.  I expect that I will review the medical records and administrative appeals within 6 weeks and will need an additional 3 weeks to prepare the declarations and pleadings in support of the motion.

6.   This is Defendants' second request for an extension of time to file a motion for summary judgment.  Defendants will suffer substantial harm or prejudice if the Court does not extend the time as requested in this motion because they will not be able to have this action resolved by dispositive motion and will instead have to proceed to jury trial.

///

///

///

2

Declaration of Rohit Kodical in Support of Defendants' Motion to Extend Time (18-cv-07507-JD)

7.    There is no trial date and there are no other court dates set in this action and I do not believe the requested extension of time would affect the schedule in this case.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 2, 2020 at Oakland, California.

_____ /s/ Rohit Kodical _____
ROHIT KODICAL

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **William Guy v. E. Doehring, et al.**

Case No.:    **3:18-cv-07507-JD in the United States District Court, Northern District of California, San Francisco Division**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1515 Clay Street, 20th Floor, Oakland, CA 94612-0550.

On January 3, 2020, I served the following document(s):

- **Declaration of Rohit Kodical In Support of Defendants' Motion to Extend Time [Civil L.R. 6-1, 6-3]**

by placing true copy(ies) thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

- William Guy
  CDCR No. C-53829
  Salinas Valley State Prison
  P. O. Box 1050
  Soledad, CA 93960-1050

  *Plaintiff in Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 3, 2020, at Oakland, California.

| | |
|---|---|
| David B. Moss | /s/ David B. Moss |
| Declarant | Signature |