XAVIER BECERRA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
ROHIT KODICAL
Deputy Attorney General
State Bar No. 215497
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0282
  Facsimile: (510) 622-2270
E-mail: Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants E. Doehring, Dr. Noman and Dr. Javate-Lim*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>Plaintiff,<br><br>v.<br><br>E. DOEHRING, et al.<br><br>Defendants | Case No. 18-cv-07507-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME**<br><br>Judge: Hon. James Donato<br>Trial Date: Not Set<br>Action Filed: December 13, 2018 |

For good cause shown, the time for Defendants to file and serve their motion for summary judgment is hereby extended to Friday, March 20, 2020.

IT IS SO ORDERED.

Dated: _____          _____

                                                     Hon. James Donato
                                                     United States District Judge

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **William Guy v. E. Doehring, et al.**

Case No.:    **3:18-cv-07507-JD in the United States District Court, Northern District of California, San Francisco Division**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is: 1515 Clay Street, 20th Floor, Oakland, CA  94612-0550.

On January 3, 2020, I served the following document(s):

- **[Proposed] Order
Granting Defendants' Motion to Extend Time**

by placing true copy(ies) thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

- William Guy
CDCR No. C-53829
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA  93960-1050

    *Plaintiff in Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 3, 2020, at Oakland, California.

| | |
|---|---|
| David B. Moss | /s/ David B. Moss |
| Declarant | Signature |