United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

          Plaintiff,

    v.

E DOERING, et al.,

          Defendants.

Case No.  18-cv-07507-JD

**ORDER GRANTING EXTENSION**

Re: Dkt. No. 24

Defendants' request for an extension of time (Docket No. 24) is granted.  A dispositive motion may be filed by March 20, 2020.

    **IT IS SO ORDERED.**

Dated: January 7, 2020

_____

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM GUY,

               Plaintiff,

      v.

E DOERING, et al.,

               Defendants.

Case No.  18-cv-07507-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William  Guy ID: C-53829
Salinas Valley State Prison
PO Box 1050
Soledad, CA 93960

Dated: January 7, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2