UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GUY,<br><br>    Plaintiff,<br><br>   v.<br><br>E DOERING, et al.,<br><br>    Defendants. | Case No. 18-cv-07507-JD<br><br>**ORDER RE SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 36 |

Plaintiff is a state prisoner acting pro se in this civil rights action under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on July 31, 2020, Dkt. No. 36, and plaintiff's opposition was due on September 1, 2020. Plaintiff sought several extensions for various reasons. *See* Docket No. 37 at 2-4. In all, plaintiff was given more than five extra months to file an opposition, and the final due date was March 1, 2021. Plaintiff did not meet that deadline, and has not otherwise filed a substantive response to the motion.

Dismissal of the case for failure to prosecute or follow the Court's orders would be appropriate at this time. Even so, plaintiff will be afforded one final opportunity to file an opposition brief by April 5, 2021. No further extensions will be granted, and a failure to meet this deadline will result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

Pending further order, the summary judgment motion (Docket No. 36) is administratively terminated, and the case is administratively closed.

**IT IS SO ORDERED.**

Dated: March 11, 2021

JAMES DONATO
United States District Judge